Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff,
Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GURTEG GURMEJ, aka GURMEJ SINGH, individually and dba CUTLER LIQUOR, et al.,<br><br>　　　　Defendants. | No. 1:16-cv-01320-DAD-EPG<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jose Trujillo ("Plaintiff"), and Defendants, Gurteg Gurmej, aka Gurmej Singh, individually and dba Cutler Liquor, and Shabeg Bhangu, aka Shabeg Singh, dba Cutler Liquor (collectively "Defendants," and together with Plaintiff, the "Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated December 9, 2016 (Dkt. 10) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

Page 1

1  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
2  filed.
3  **IT IS SO STIPULATED**.

4  Dated:  December 22, 2016                           MOORE LAW FIRM, P.C.

6                                                                       */s/ Tanya E. Moore*
                                                                         Tanya E. Moore
7                                                                        Attorneys for Plaintiff,
                                                                         Jose Trujillo

9  Dated: December 22, 2016                            H&K, INC., ATTORNEYS AT LAW

11                                                                      */s/ David M. Hogue*
                                                                         David M. Hogue
12                                                                       Michael G. Karby
                                                                         Attorneys for Defendants,
13                                                                       Gurteg Gurmej, aka Gurmej Singh,
                                                                         individually and dba Cutler Liquor, and
14                                                                       Shabeg Bhangu, aka Shabeg Singh, dba
15                                                                       Cutler Liquor

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **December 22, 2016**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE