UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>GURTEG GURMEJ, *et al.*<br><br>        Defendants. | Case No. **1:16-cv-01320-DAD-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 19) |

On April 7, 2017, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 19.) All parties have agreed to the stipulation. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated: __**April 10, 2017**__            /s/ *Erica P. Grosjean*
                                                      UNITED STATES MAGISTRATE JUDGE

1